**DENY and Opinion Filed February 10, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00572-CV**

**IN RE DISIERE PARTNERS, LLC, Relator**

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-08767**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Reichek

On our own motion, we withdraw our opinion and order dated July 15, 2021 that issued on February 7, 2022. The following is now the opinion of the Court.

In this original proceeding, relator asks us to issue a writ of mandamus directing the trial court to vacate its order granting real party in interest's second motion to compel certain post-judgment discovery. To be entitled to mandamus relief, relator must demonstrate that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition and the record before us, we conclude that relator has failed to show its entitlement to the relief requested. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).  We also lift the stay issued by our July 16, 2021 order.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

210572F.P05